U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 JUN 23  PM 1: 05

CLERK

BY_____ AL _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

DEVEN MOFFITT,
Defendant.

No. 2:22-cr-67-1

**INDICTMENT**

The Grand Jury charges:

<u>Count One</u>

On or about June 1, 2022, in the District of Vermont, the defendant, DEVEN MOFFITT,

knowingly and intentionally possessed with intent to distribute fentanyl and cocaine, both

Schedule II controlled substances.

(21 U.S.C. §§ 841(a)(1) & (b)(1)(C))

## Count Two

On or about June 1, 2022, in the District of Vermont, the defendant DEVEN MOFFITT knowingly possessed firearms, specifically a .22 caliber High Standard Mfg. Corp. revolver and a 9mm Hi-Point pistol, in furtherance of the drug trafficking crime alleged in Count One, namely possession with intent to distribute fentanyl and cocaine.

(18 U.S.C. § 924(c)(1)(A))

## Count Three

On or about June 1, 2022, in the District of Vermont, the defendant, DEVEN MOFFITT, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime, knowingly possessed firearms, specifically a 22 caliber High Standard Mfg. Corp. revolver and a 9mm Hi-Point pistol which had been shipped and transported in interstate commerce.

(18 U.S.C. §§ 922(g)(1), 924(a)(2))

FORFEITURE NOTICE

1. The allegations contained in Counts Two and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 18 U.S.C. §§ 922(g)(1), (g)(3), 924(a)(2) & 924(c)(1)(A) as set forth in Counts Two and Three of this Indictment, the defendant, DEVEN MOFFITT shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing /willful commission of the offense, including, but not limited to: the 22 caliber High Standard Mfg. Corp. revolver and 9mm Hi-Point pistol referenced above.

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

A TRUE BILL

███████████████████

FOREPERSON

_____ (MPD)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
June 23, 2022